**3: CV 07-0069**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIC FRESH TRADING, LLC | : | |
|     Petitioner-Appellant | : | FILED SCRANTON |
| v. | : Case No. | JAN 12 2007 |
| ADD MARKETING & CONSOLIDATION, INC. | : | PER _____ DEPUTY CLERK |
|     Respondent-Appellee | : | |

**NOTICE OF APPEAL PURSUANT TO 7 U.S.C. §499g(c)**

Notice is hereby given that petitioner-appellant, Atlantic Fresh Trading, LLC, hereby appeals the Decision and Order of the Secretary of Agriculture in PACA Docket R-05-087 to the United States District Court for the Middle District of Pennsylvania, in accord with Section 7(c) of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499g(c).

Dated: January 12, 2007

McCARRON & DIESS

/s/ Stephen P. McCarron
Stephen P. McCarron
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
Washington, D.C. 20016
(202) 364-0400
Attorneys for Petitioner-Appellant

ROTH & DEMPSEY, PC

/s/ Michael H. Roth
Michael H. Roth
436 Jefferson Avenue
Scranton, PA 18510
(570) 961-1064